

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Michael Anthony Danna v. The State of Texas

Appellate case number:   01-19-00416-CR

Trial court case number: 2155287

Trial court:              County Criminal Court at Law No. 3 of Harris County

       Appellant's motion for extension of time to file his brief is **granted**. Appellant's brief is due April 24, 2020. **No further extensions will be granted.**

       It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  March 17, 2020